**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CLIFFORD EVANS, as father and next friend    )
of JOHN DOE, a minor,                              )
                                    )      No. 15 CV 7461
           Plaintiff,                 )
                                      )      Judge Pallmeyer
      v.                           )
                                      )      Magistrate Judge Kim
OFFICER SALVADOR, et al.,               )
                                      )      Jury Demand
           Defendants.              )

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS</u>

I, Matthew Hurd, an attorney, hereby move for leave of court to withdraw as counsel for

Defendants in this matter for the reasons stated below.

1. I am an attorney licensed to practice law in the State of Illinois and in the Northern District

of Illinois.

2. I have resigned my position with the City of Chicago Department of Law and will no longer

be working for the City as of July 21, 2017, and will no longer represent Defendants in this matter.

3. Defendants will continue to be represented by their other attorneys of record.

4. My withdrawal as an attorney for Defendants will not prejudice their representation or delay

these proceedings.

WHEREFORE, I respectfully request this Court enter an order granting my leave to withdraw as attorney for Defendants in this matter, terminate my appearance as counsel of record for Defendants, and provide any other relief deemed appropriate.

Respectfully submitted,

/s/ Matthew Hurd
Matthew Hurd
Deputy Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle St., Ste. 900
Chicago, IL 60602
T: (312) 744-5170
F: (312) 744-6566
6191532