**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Jaquise Evans, et al.
Plaintiff,
v.
Officers, et al.
Defendant.

Case No.: 1:15−cv−07461
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2018:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Final Pretrial Conference held on 1/11/2018. Rulings entered on motions in limine. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.