IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JAQUISE EVANS ) | |
| ) | Case No. 15 CV 7461 |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| ) | |
| v. ) | Magistrate Judge Kim |
| OFFICER SALVADOR (Star # 19142), ) | |
| Individually, and the CITY OF CHICAGO ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

**ORDER FOR THE RELEASE OF IMPOUNDED EVIDENCE**

This cause coming to be heard, the parties having appeared by their counsel, and the court being advised in the premises, it is HEREBY ORDERED:

1. The firearm inventoried by the Chicago Police under inventory number 13512348, and impounded with the Clerk of the Circuit Court of Cook County in conjunction with Juvenile Justice Division Case No. 15 JD 2879, shall be released to a representative of the Chicago Police Department to be re-inventoried or that inspection be allowed at the Clerk's Office.

ENTER:

_[signature]_

Dated: January 24, 2018

_____
REBECCA R. PALLMEYER
United States District Judge