## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAQUISE EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 07461 |
| | ) | |
| vs. | ) | JUDGE PALLMEYER |
| | ) | |
| OFFICER SALVADOR (Star #19142), | ) | Magistrate Judge Kim |
| Individually, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR STATUS ON SETTLEMENT

Defendants, City of Chicago and Officer Salvador, by and through one of their attorneys, Elaine C. Davenport, respectfully submit this Motion for Status on Settlement. In support of this motion, Defendants state as follows:

1.     Plaintiff filed his Complaint, through his mother, on October 25, 2015. He filed a Third Amended Complaint on May 19, 2017, wherein he substituted himself in as the Plaintiff (having now reached the age of majority) and added additional counts, but no additional defendants. *See Dkt. #76.*

2.     Defendants answered said complaint denying all material allegations thereto, and submitting certain affirmative defenses.

3.     This matter was set for trial before the Honorable Judge Rebecca Pallmeyer, on 29 January 2018.

4.     On 25 January 2018, the parties reported to the Court that the parties had reached a tentative settlement agreement, and the Court thereby dismissed the matter without prejudice. *See Dkt. #161.*

5.    Settlement documents have been exchanged and the language and terms stated therein negotiated.  Upon approval of settlement by City Council, which is anticipated to meet on April 18, 2018, the parties will wish to submit the Stipulation to Dismiss to the Court and will then request that this Honorable Court enter a final order dismissing with prejudice all of the claims against the City of Chicago and Defendant, Richard Salvador, with each party bearing its own costs and attorney's fees.    If City Council does not approve settlement, it is anticipated that Plaintiff will request that the matter be reinstated and a trial date certain set.

**WHEREFORE**, Defendants respectfully request this court hear the Status of Settlement; upon City Council approval, submission of Stipulation to Dismiss and entry of dismissal order; in the alternative if City Council does not approve settlement, to reinstate the matter and set it for a trial date certain; and, for any other relief that this Honorable Court deems just.

DATED:  April 16, 2018

Respectfully submitted,

By:  /s/ *Elaine C. Davenport*            .
        Elaine C. Davenport
        Special Appointed Assistant
        Corporation Counsel

Elaine C. Davenport--6272827
**SANCHEZ DANIELS & HOFFMAN, LLP**
**333 West Wacker Drive**
**Suite 500**
**Chicago, Illinois 60606**
**(312) 641-1555**